UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
AARON MUSCHEL,                                               :  **SUMMARY ORDER**
                                                             :  **REMANDING CASES TO**
                        Appellant,                           :  **BANKRUPTCY COURT**
                                                             :
    -against-                                                :  11 Civ. 554 (AKH)
                                                             :  11 Civ. 683 (AKH)
BROADWALL AMERICA, INC.; BRAM WILL                           :  11 Civ. 684 (AKH)
EL LLC; WILLIAM MUSCHEL, LLC,                                :  11 Civ. 685 (AKH)
                                                             :  11 Civ. 686 (AKH)
                        Appellees.                           :  11 Civ. 687 (AKH)
                                                             :
                                                             :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      On May 5, 2011, appellant Aaron Muschel and appellees Broadwall America, Inc.; Bram Will El LLC; and William Muschel, LLC appeared before me for oral argument on a number of issues raised on appeal from an order of the bankruptcy court. For the reasons stated on the record, I remand these cases to the bankruptcy court for further fact-finding and any necessary related proceedings.

      The bankruptcy court might consider formally consolidating the six related bankruptcy cases and adversary proceedings, if possible.

      The Clerk shall mark each of the above-listed cases closed.

      SO ORDERED.

Dated:    May __, 2011
            New York, New York
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

1